Joel G. Krautter
 Netzer, Krautter & Brown P.C.
 301 N. 27th Street, #100
 Billings, MT 59101
 (406) 433-5511
 joel@nkbattorneys.com

*Attorney for Plaintiffs*

### UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| MICHAEL SCHEPPELE and JAMES Y. WILSON<br>      *Plaintiffs*,<br><br>      vs.<br><br>THE BOARD OF TRUSTEES OF BILLINGS, MONTANA, SCHOOL DISTRICT NO. 2; JANNA HAFER, ROGER SANTALA, RUSSELL HALL, JENNIFER HOFFMAN, TANYA LUDWIG, TERESA LARSEN, SCOTT McCULLOCH, ZACK TERAKEDIS, JOHN VONLANGEN, in their official capacities as members of the Board of Trustees of Billings School District No. 2; CRAIG VAN NICE, in his official capacity as School District Clerk and K.V. ALDRICH, in her official capacity as Yellowstone County Elections Administrator,<br>      *Defendants*. | Cause No. _____<br><br><br>**Complaint** |

## INTRODUCTION

1.      Billings Public School District No. 2 ("SD2") Trustee districts are unconstitutionally malapportioned as a result of population growth and trustee inaction.  Despite recognizing the boundaries need to be adjusted due to population growth and beginning the redistricting process, the Trustees have failed to complete the process of adjusting boundaries to comport with the Fourteenth Amendment's one-person, one vote rule ahead of the May 2023 election, even as the Billings City Council has already voted to adjust their ward map to reflect population changes reflected in the 2020 Census.

2.      The Billings School District's current Trustee districts violate the Fourteenth Amendment's one-person, one-vote rule. "Maximum deviations above 10% are presumptively impermissible." *Evenwel v. Abbott*, 578 U.S. ___, 136 S. Ct. 1120, 1124 (2016).  Between Trustee districts, however, deviations exceeding 10 percent are common. Today, the deviation between District 1 and District 6, which are both set to have a May 2023 election for trustees, is 22.5 percent. The deviations between districts 2 and 6 is 16.21 percent.

*Complaint*                                                                            2

3.    On September 16, 2021, Jeff Weldon, District Counsel sent a letter to the Board of Trustees, notifying the board that with the 2020 census complete, it was time for the board to review and adjust the boundaries of those districts.

4.    The Board of Trustees has adopted Policy 1111 which provides that:

> Trustee boundaries shall be reviewed and if necessary reestablished every ten years based on new decennial census data collected each decade. In the event the Board of Trustees decides to reestablish boundaries, the Board shall appoint a committee to make recommendations on the guidelines for reestablishing boundaries.

5.    At the December 9th, 2022, Board of Trustees Special Meeting, the board included in its agenda, maps showing the Current Single Member Districts and a map of Proposed Single Member Districts.

6.    At a December 15th, 2022, Board of Trustees Special Meeting, the minutes reflect a motion was passed to, "use the new zone map."

7.    At a January 23, 2023, Board of Trustees Regular Meeting the Trustees unanimously passed a "Resolution Calling for an Elementary/High School Trustee Election May 2, 2023" which indicated that a mail ballot election would happen for:

*Complaint*                                                                 3

three (3) elementary/high school trustees by the single-member district and one (1) high school at large seat. One trustee shall be elected from each of the single-member districts numbered one (1), two (2), and High School B; shall be for a three-year term. District six (6); shall be for a one-year term.

8. The Trustee zone map currently posted on the Yellowstone County website and referenced by the Board of Trustees (https://www.yellowstonecountymt.gov/Mapping/Downloads/districtmaps/sgl-mbrs-ltr.pdf) is the trustee district map from 2013 and not a map reflecting the 2020 census numbers and as such, is malapportioned.

9. Despite the Board of Trustees recognizing trustee zones needed to be adjusted based on 2020 census numbers and starting the redistricting process with enough time to implement a new trustee zone map and plan before the May 2023 election, and even identifying a proposed new trustee map, the Board of Trustees has nevertheless failed to implement a constitutionally apportioned map.

10. If the Billings School District Board of Trustees does not act to adopt a new map—and their inaction indicates they will not act before the May 2023 election—voters will be underrepresented in the 2023 election, in violation of the Fourteenth Amendment's one-person, one-vote rule.

*Complaint*                                                                                      4

11.    Plaintiffs ask the Court to: declare the Billings Public School District No. 2's current elementary Trustees' district zone map and plan unconstitutional; enjoin Defendants from using the current district plan in the May 2023 election and all future elections; enjoin the Defendants from closing the candidacy filing until a new trustee map and plan can be adopted, implemented and published to the public, and implement a new Trustee district zone map and plan that meets the constitutional requirements of the one-person, one-vote rule.

## JURISDICTION AND VENUE

12.    Plaintiffs bring this action under 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the United States Constitution. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1343 because the matters in controversy arise under the Constitution and laws of the United States and involve the assertion of a deprivation, under color of state law, of a right under the Constitution of the United States.

13.    This Court has the authority to enter a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 and injunctive relief under Federal Rule of Civil Procedure 65

*Complaint*                                                                 5

14.   Venue is proper in the Billings Division of the District of Montana because Yellowstone County, Montana, is home to all Defendants. 28 U.S.C. § 1391; D. Mont. L.R. 3.2(b).

## PARTIES

15.   Plaintiffs are residents of Montana, citizens of the United States, and registered to vote in Yellowstone County, Montana.

16.   Plaintiff James Y. Wilson is a resident of Billings School Board Trustee District 6. Plaintiff Wilson intends to vote in the May 2023 election for District 6 Trustee.

17.   Plaintiff Michael Scheppele is a resident of Billings School Board Trustee District 6. Plaintiff Scheppele intends to vote in the May 2023 election for District 6 Trustee.

18.   Defendant Board of Trustees of Billings Public Schools District No 2. is a political subdivision of the State of Montana and as such is a corporate body under Montana law subject to suit.

19.   Defendants Janna Hafer, Roger Santala, Russell Hall, Jennifer Hoffman, Tanya Ludwig, Teresa Larsen, Scott McCulloch, Zach Terakedis, and John Vonlangen are members of the Board of Trustees of Billings Public Schools District No. 2. The Board of Trustees has the

*Complaint*                                                                                   6

responsibility to plan and direct public education in District No. 2 and calls and conducts elections for the Board of Trustees. The Defendant members of the Board of Trustees are sued in their official capacities.

20.    Defendant Craig Van Nice is the Billings Public Schools District Clerk and the Election Administrator for School District No. 2. He has general supervisory authority over elections for the Board of Trustees. He is sued in his official capacity.

21.    Defendant K.V. Aldrich is the Yellowstone County Election Administrator and the Billings Public Schools Board of Trustees have contracted with her office to have her conduct the mail ballot May 2023 trustees' election. She is sued in her official capacity.

## FACTUAL ALLEGATIONS

22.    Billings Public Schools District No. 2 has seven elementary trustees, plus two high school trustees. All of the trustee districts are located within the boundaries of Yellowstone County, Montana.

23.    In 2003, the voters in the Billings Elementary School District approved a proposal to elect trustees in the Elementary District from specific areas of town, rather than at-large. The Elementary Board went through a process to create the zones or districts from which the seven

Elementary trustees are elected. Since 2004 the Elementary trustees have been elected in single-member districts.

24.    The Board of Trustees is the governing body for Billings Public School District No. 2, and as such, its members are required to be elected in conformity with the Fourteenth Amendment of the Constitution of the United States.

25.    Based upon the 2020 Census, the total population of Billings Public School District No. 2 is 119,087. The ideal population for a district electing one member of the Board of Trustees would be 17,012 (119,087 ÷ 7 = 17,012).

26.    The populations and deviations of the trustee districts are summarized below:

|  | 2020 Population | Deviation from Ideal (2020) | Percent Deviation (2020) |
|---|---|---|---|
| District 1 | 15,136 | -1,876 | -11.67% |
| District 2 | 16,121 | -891 | -5.38% |
| District 3 | 17,720 | 708 | 4.08% |
| District 4 | 14,763 | -2,249 | -14.15% |
| District 5 | 16,374 | -638 | -3.82% |
| District 6 | 18,961 | 1,949 | 10.83% |
| District 7 | 20,012 | 3,000 | 16.20% |
| Ideal | 17,012 | 0 | 0 |

27. All plaintiffs are residents of District 6, which is overpopulated compared to all other districts, except for Districts 3 and 7.

28. The Board of Trustees has the duty under state and federal law to redraw the districts for Billings Public Schools District No. 2 every ten years based upon a true and correct enumeration of District No. 2's population.

29. Elections for the Board of Trustees of District No. 2 take place in May of each year. Candidates seeking to participate in an election must file their notice of candidacy 40 days before the May 2, 2023, school election day.

30. Despite having had an adequate opportunity to do so and acknowledging the need to do so, the Board of Trustees has failed to redistrict the existing elementary trustee districts for District No. 2.

31. Elections for the Board of Trustees of District No. 2 will be held under the existing malapportioned map and zones unless enjoined by this Court.

*Complaint*                                                                                          9

## CLAIM

### COUNT I: Violation of the Fourteenth Amendment to the United States Constitution

### 42 U.S.C. § 1983

32.    A state may not "deny to any person within its jurisdiction the equal protection of the laws."  U.S. Const. amend. XIV.  Under the Fourteenth Amendment's one-person, one-vote rule, a voter "has a constitutional right to have his vote counted with substantially the same weight as that of any other voter."  *Hadley v. Junior Coll. Dist. of Met. Kansas City*, 397 U.S. 50, 53 (1970).  Districts must be apportioned on a population basis.  *Reynolds v. Sims*, 377 U.S. 533, 568 (1964).

33.    A district plan with a maximum population deviation of 10% or greater establishes a prima facie case for violation of the Fourteenth Amendment.  *Brown v. Thomson*, 462 U.S. 835, 842–43 (1983).  The maximum population deviation between Elementary trustee districts nears 30 percent.

34.    Billings Public Schools Trustee districts are not apportioned according to population changes reflected in the 2020 Census, and the Board of Trustees has failed to implement a new map and plan that will

*Complaint*                                                                                     10

equalize population between elementary trustee districts before the May 2023 elections.

35.    Billings Public Schools Trustees' current district map and plan unconstitutional dilutes the votes of voters in overpopulated districts, including Plaintiffs.

36.    Continued use of Billings Public Schools Trustees' current Elementary trustees' district map and plan would violate Plaintiffs' Fourteenth Amendment rights.

## PRAYER FOR RELIEF

Plaintiffs respectfully request that this Court:

a.    Take original jurisdiction over this case;

b.    Enter a declaratory judgment that further use by Defendants of the existing Elementary Trustee districts for the Board of Trustees of Billings Public School District No. 2 violates rights guaranteed to Plaintiffs by the Fourteenth Amendment of the Constitution of the United States;

c.    Enter a permanent injunction prohibiting any further use of the existing Elementary Trustee districts for the Board of Trustees of District No. 2;

*Complaint*                                                                 11

d.    Enjoin the Defendants from closing the time for candidate filings for the next election until such time as a new Trustees' district plan and map can be adopted, implemented and published to the public;

e.    Enjoin the Defendants from holding the May 2023 Trustees' election until such date that a newly constituted and constitutional map and plan that complies with one-person, one-vote can be adopted, implemented and published to the public;

f.    Commence proceedings to draft and implement a new redistricting plan and map in time for the next election that complies with one-person, one-vote, should the Board of Trustees fail to act;

g.    Award Plaintiffs the costs of this action and special damages, together with their reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and,

h.    Retain jurisdiction of this action and grant Plaintiffs any further relief which may in the discretion of this Court be necessary and proper to ensure that timely and lawful

procedures are used in elections for the Board of Trustees of

District No. 2.

Respectfully submitted this 7th day of March, 2023.

/s/ Joel G. Krautter
Joel G. Krautter
Netzer, Krautter & Brown, P.C.
*Attorney for Plaintiffs*

*Complaint* 13