# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MICHAEL SCHEPPELE, et al, | ) |
| | ) Cause No. CV 23-0022-BMM |
| Plaintiff, | ) |
| | ) **ORDER ALLOWING** |
| vs. | ) **K.V. ALDRICH AND** |
| | ) **YELLOWSTONE COUNTY** |
| THE BOARD OF TRUSTEES OF | ) **TO APPEAR** |
| BILLINGS, MONTANA, *et al*, | ) **BY VIDEO** |
| Defendants. | ) |
| _____ | ) |

Defendants K.V. Aldrich and Yellowstone County have filed a Motion to Appear by video. (Doc. 25.)  Good cause appearing, IT IS HEREBY ORDERED that the Defendants' motion is GRANTED. Defendants' counsel may appear by Zoom at the April 4, 2023 Motions Hearing and will contact the Clerk of Court's Office for the Zoom link.

Dated this 30th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court