IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLILNGS DIVISION

| | |
|---|---|
| MICHAEL SCHEPPELE, *et al,* | Cause No. CV 1:23-cv-00022-BMM |
| Plaintiffs, | |
| vs. | **ORDER ALLOWING LAURENCE R. MARTIN TO ATTEND HEARING BY VIDEO** |
| THE BOARD OF TRUSTEES OF BILLINGS, MONTANA, SCHOOL DISTRICT NO.2, *et al*, | |
| Defendants. | |

Counsel for The Board of Trustees of Billings, Montana, School District No. 2, et al, have filed a Motion to Allow Laurence R. Martin to Attend Motion Hearing by Zoom. Good cause appearing, IT IS HEREBY ORDERED that the Defendants' motion is GRANTED. Counsel Martin may attend the April 4, 2023 Motion Hearing by Zoom and will contact the Clerk of Court's office for the Zoom link.

Dated this 31st day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court