UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL SCHEPPELE and JAMES Y. WILSON<br>　　　　*Plaintiffs*,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF BILLINGS, MONTANA, SCHOOL DISTRICT NO. 2; JANNA HAFER, ROGER SANTALA, RUSSELL HALL, JENNIFER HOFFMAN, TANYA LUDWIG, TERESA LARSEN, SCOTT McCULLOCH, ZACK TERAKEDIS, JOHN VONLANGEN, in their official capacities as members of the Board of Trustees of Billings School District No. 2; CRAIG VAN NICE, in his official capacity as School District Clerk and K.V. ALDRICH, in her official capacity as Yellowstone County Elections Administrator,<br>　　　　*Defendants*. | Cause No. 1:23-cv-00022-BMM<br><br><br>ORDER |

Upon consideration of Plaintiffs' motion to vacate all dates, deadlines, hearings and to stay proceedings until August 8th, 2023, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' motion is granted and all dates, deadlines and hearings set in the Court's March 22, 2023, Order are vacated and all other dates for responsive pleadings are stayed until August 8th, 2023. The parties are directed to file Status Report with the Court no later than August 8th, 2023, as to the progress of the Defendants in adopting and implementing a new School District No. 2 Elementary Trustee Map for use in the 2024 Elementary Trustee Election.

DATED this 20th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court