# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL SCHEPPELE, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE BOARD OF TRUSTEES OF BILLINGS, MONTANA, SCHOOL DISTRICT NO. 2, *et al*, <br><br> Defendants. | CV-23-22-BLG-BMM <br><br> **ORDER** |

The Court stayed proceedings in this matter on April 20, 2023, (Doc. 36), on motion of Plaintiffs, (Doc. 37). Plaintiffs filed a Status Report on August 5, 2023, in which Plaintiffs stated that they would communicate with Defendants and submit further filings to close the case. (Doc. 38.) No further filings have been submitted.

Accordingly, **IT IS ORDERED** that:

The parties are directed to file a Joint Status Report with the Court no later than October 23, 2023.

Dated this 11th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1